IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

DEDRICK LASHON WELLS,                )
                                     )
    Petitioner,                      )
                                     )
vs.                                  )   Case No.    7:12-cv-00817-JHH-TMP
                                     )
EUGENE REESE MCKINNEY, *et al.*,     )
                                     )
    Respondents.                     )

### ORDER

On October 30, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and is hereby DISMISSED WITHOUT PREJUDICE.

**DONE** this the   22nd   day of November, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE